UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case Number 97-CV-60172

YOLANDA DIXON,                 HON. GEORGE CARAM STEEH

    Defendant,

And

ABBORE HEALTHCARE SERVICES,
INC.

    Garnishee.
_____/

## ORDER REGARDING JUDGMENT DEBT

Plaintiff filed this action on May 29, 1997, to recover principal and interest from defendant on a student loan in default, and a default judgment was entered in the amount of $1,544.38 on March 10, 1998. To enforce the judgment debt, plaintiff obtained writs of garnishment as to State of Michigan Income Tax on February 9, 1999, and as to defendant's employer, Abbore Healthcare Services, Inc., on April 20, 2012. On May 21, 2012, defendant requested a hearing on the garnishment issue. Defendant claims that the judgment debt is "paid off" on the basis of state income tax returns, but defendant did not document the garnished tax returns.

-1-

Plaintiff claimed in reply that a balance on the judgment debt and accrued interest remains outstanding. Plaintiff documents two $65 payments and garnished tax (in 2001, 2008, 2009, 2010, 2011, and 2012) as credits toward the judgment debt. Plaintiff claims to be "willing to work with Defendant" and "invites Defendant to contact" plaintiff's lawyer to arrange a payment plan.

The court orders the parties to discuss the balance of the judgment debt and to discuss a payment plan on any outstanding balance within 45 days of the date of this order. The court further orders the parties to report the results of that conference to this court by July 23, 2012. The court will then determine whether a hearing is necessary on the garnishment issue.

IT IS SO ORDERED.

Dated:  June 5, 2012

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 5, 2012, by electronic and/or ordinary mail and on Yolanda Dixon, 15303 Promenade Street, Detroit, MI 48224.

s/Barbara Radke
Deputy Clerk

---